# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CAUSE No. 06-30088-WDS** |
| | ) | |
| **TINA MARIE WINSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**STIEHL, District Judge:**

This matter is before the Court defendant's motion to continue the final pre- trial and trial (Doc. 13). The defendant has executed a speedy trial waiver (Doc. 14). The defendant seeks a continuance on the grounds that she and the government have reached an agreement on some of the counts; that they are awaiting discovery from the government on loss amounts; and that the defendant has retained a psychologist to review defendant's mental health history.

Upon review of the record, the Court **FINDS** that it is appropriate to continue the trial of this matter. The Court **FURTHER FINDS** that defense counsel has exercised due diligence in preparing for trial and that failure to grant a continuance in this matter would deny counsel for the defendant reasonable time necessary to prepare for trial, including pursuing the possibility of a plea agreement, and any issues regarding competency. The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance. 18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion to continue the trial. This matter is

rescheduled for a final pre-trial conference on October 2, 2006, at 10:00 A.M. and trial on Tuesday, October 10, 2006, at 9:00 A.M. All time between the filing of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

    **IT IS SO ORDERED.**

    **DATED: August 24, 2006.**


                                **s/ WILLIAM D. STIEHL**
                                     **DISTRICT JUDGE**